No. 10-5183. Kelvin Stewart, Petitioner v. Walter A. McNeil, Secretary, Florida, Department of Corrections, et al.

562 U.S. 1092, 131 S. Ct. 794, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9492.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 275.

No. 10-5482. Mancer L. Barrington, III, Petitioner v. United States.

562 U.S. 1092, 131 S. Ct. 794, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9558.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 365 Fed. Appx. 514.

No. 10-5767. Edna Gorham Bey, Petitioner v. United States.

562 U.S. 1092, 131 S. Ct. 794, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9521, ■

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 394.

No. 10-6205. Job Thykkuttathil, et ux., Petitioners v. United States.

562 U.S. 1092, 131 S. Ct. 795, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9554.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 389 Fed. Appx. 999.

No. 10-6243. Charles A. Borowy, Petitioner v. United States.

562 U.S. 1092, 131 S. Ct. 795, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9453.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 595 F.3d 1045.

No. 10-6328. Vernon Lee Pugh, Petitioner v. Minnesota.

562 U.S. 1092, 131 S. Ct. 795, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9448.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 380 Fed. Appx. 558.

No. 10-6746. Radine S. Coopersmith, fka Radine S. Downey, Petitioner v. Richard E. Downey.

562 U.S. 1092, 131 S. Ct. 796, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9587.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

No. 10-6755. John Henry Hart, Petitioner v. Jean Hill, Superintendent, Powder River Correctional Facility.

562 U.S. 1092, 131 S. Ct. 797, 178 L. Ed. 2d 533, 2010 U.S. LEXIS 9583.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.